# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARCELA JUARIGUE AND BRYAN BAQUITA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GEMMA'S HOME CARE, INC. and ANITA N. LAYGO and MARINA P. MACAPAGAL,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-00484-JGB-DTB<br><br>**ORDER OF DISMISSAL** |

　　　Having reviewed the Parties' Stipulation of Dismissal pursuant Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

　　　IT IS SO ORDERED.

DATED: October 29, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

ORDER OF DISMISSAL